FILED
CLERK U.S. DISTRICT COURT

APR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KAHALA KING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DERWAL ADAMS,<br><br>　　　　　Respondent. | Case No. EDCV 07-1473 CAS(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 4/24/08

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE